UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY GENE MALLORY, ) ) Plaintiff, ) ) VS. ) ) GEO INTERMEDIATE SANCTION ) FACILITY, ) ) Defendant. ) | CIVIL ACTION NO. 3:05-CV-1495-G |

### ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are adopted.

October 12, 2005

_____
A. JOE FISH
CHIEF JUDGE